IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| JOSE LUIS HERRADA and JAIME JIMENEZ, Plaintiffs, | § § § § | |
| vs. | § | CIVIL ACTION No. 2:23-cv-00045 |
| MANSOOR NAFEA AL-NAWFALI and LLN TRUCKING LLC, Defendants. | § § § § § | |

## DEFENDANTS' NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Come now Defendants MANSOOR NAFEA AL-NAWFALI and LLN TRUCKING, LLC and file this Notice of Removal, removing the State Court Action described below to this Federal Court, and in support thereof respectfully show the Court as follows:

### I.
### BASIS OF REMOVAL

1.      This removal is filed pursuant to 28 U.S.C. §1332(a) in that Defendants MANSOOR NAFEA AL-NAWFALI and LLN TRUCKING, LLC assert there is complete diversity between the parties thereby conferring federal question jurisdiction upon this Court. Defendants assert the following facts and basis supporting removal, and in so doing expressly reserve all other questions for the purpose of future pleadings.

### II.
### PROCEDURAL BACKGROUND

2.      Plaintiffs Jose Luis Herrada and Jaime Jimenez (hereinafter referred to as "Herrada" and "Jimenez," respectively, and "Plaintiffs," collectively) filed their Original Petition on August 11, 2023 against Mansoor Nafea Al-Nawfali and LLN Trucking, LLC (hereinafter referred to as "Al-Nawfali" and "LLN," respectively, and "Defendants," collectively) in the 293rd

Judicial District Court of Maverick County, Texas, docketed under Cause No. 23-08-42472-MCV (hereinafter referred to as the "State Court Action").[1]

3.      Plaintiffs' State Court Action arises out of a motor vehicle collision that occurred on or about October 6, 2021 in Eagle Pass, Maverick County, Texas. Plaintiffs allege that Plaintiff Herrada was operating a 1999 Freightliner (with trailer attached) and attempting to make a left turn when Defendant Al-Nawfali, operating a 2015 Freightliner (with trailer attached) in the course and scope of his employment with Defendant LLN, also attempted to make a left turn and collided with Plaintiffs' vehicle. Plaintiffs have asserted claims of negligence as to both Defendants. *See, generally,* Exhibit A-1.

4.      Defendant LLN was served with Citation on August 21, 2023 and filed its Original Answer on September 8, 2023. *See* Exhibits A-5 and A-6.

5.      Defendant Al-Nawfali filed his Original Answer on September 11, 2023. *See* Exhibit A-7.

**III.**
**FACTS SUPPORTING REMOVAL**

6.      Plaintiffs allege to be residents and citizens of the State of Texas and reside in Eagle Pass, Maverick County, Texas.

7.      Defendant Mansoor Nafea Al-Nawfali is a resident and citizen of the State of Michigan and resides in Fraser, Michigan. Accordingly, Defendant Al-Nawfali is a resident and citizen of the State of Michigan for purposes of the Court's diversity jurisdiction over this matter.

8.      Defendant LLN Trucking, LLC is a limited liability company organized and existing under the laws of the State of Michigan with its principal office and principal place of

---

[1]A true and correct copy of the State Court's File, together with the Docket Sheet and all process, pleadings, and orders in the State Court Action, are attached as Exhibits A and A-1 through A-7, respectively, to the Index of Matters Being Filed, which is being filed contemporaneously with this Notice of Removal.

business located at 55816 Robintrail W., Shelby Township, Michigan 48316. Accordingly, Defendant LLN is a citizen of the State of Michigan for purposes of the Court's diversity jurisdiction over this matter.

9. Plaintiffs' Original Petition establishes that they are seeking recovery of damages for past and future physical pain, past and future mental anguish, past and future physical impairment, past and future medical expenses, loss of household chores and/or services, lost wages, and lost wage-earning capacities, as well as costs for the repair, loss of use, loss of income, and lost wages as it relates to Plaintiffs' vehicle, together with costs of suit and pre- and post-judgment interest. *See* Exhibit A-1 at ¶¶ 8.0-10.0, pp. 4-5.

10. Plaintiffs' Original Petition states that they seek monetary relief in an amount not less than $250,000.00 but not more than $1,000,000.00. *See* Exhibit A-1 at ¶1.0, p. 1. Accordingly, the amount in controversy exceeds the jurisdictional minimum of $75,000.00, exclusive of interest and costs, required to support federal jurisdiction under 28 U.S.C. § 1446(c)(2)(A).

11. Based on the foregoing, this Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b) in that it is filed within thirty (30) days from the date on which the removing Defendants were served with Plaintiffs' Original Petition.

## IV.
### LAW SUPPORTING REMOVAL

12. Removal is proper because there is complete diversity between the parties. 28 U.S.C. §1332(a); *Darden v. Ford Consumer Fin. Co.*, 200 F.3d 753, 755 (11th Cir. 2000). A corporation is a citizen of both the state where it was incorporated and the state where it has its principal place of business. 28 U.S.C. §1332(c)(1).

13. Plaintiffs allege to be citizens of the State of Texas and residents of Maverick County, Texas.

14.     Defendant LLN is a corporation organized in the State of Michigan with its principal office and principal place of business located in Shelby Township, Michigan. Accordingly, Defendant LLN is not a citizen of the State of Texas and does not have a principal place of business in the State of Texas.

15.     Defendant Al-Nawfali is a citizen and resident of the State of Michigan. Accordingly, Defendant Al-Nawfali is not a citizen or resident of the State of Texas.

16.     Plaintiffs have asserted they are seeking recovery of damages of at least $250,000.00 but not more than $150,000.00, which exceeds the jurisdictional minimum of $75,000, exclusive of interest and costs, required to support federal jurisdiction under 28 U.S.C. §1446(c)(2)(A).

17.     Pursuant to 28 U.S.C. § 1441(a), the District and Division where this action is pending is the U.S. District Court for the Western District of Texas, Del Rio Division, and Defendants seek to remove this action to this Court.

## V.
### CONSENT TO REMOVAL

18.     At the time of the filing of this Notice of Removal, all Defendants have answered in the State Court Action and joined in this removal; consequently, consent to this removal from other parties under 28 U.S.C. § 1446(b)(2)(A) is not applicable.

## VI.
### NOTICE PROVIDED TO STATE COURT

19.     Pursuant to 28 U.S.C. § 1446(d), Defendants will promptly provide written notice to Plaintiffs of this removal and file a copy of this Notice of Removal with the Clerk of the District Court of Maverick County, Texas.

**VII.**
**CONCLUSION**

20.    This Court has original jurisdiction over this action pursuant to 28 U.S.C. §§ 1332

and 1441(b) because it is an action based on diversity of citizenship and the amount in controversy

exceeds the sum of $75,000.00, exclusive of interest and cost.

**VIII.**
**PRAYER**

WHEREFORE, Defendants MANSOOR NAFEA AL-NAWFALI and LLN TRUCKING, LLC hereby

remove this action from the 293rd Judicial District Court of Maverick County, Texas, to this Court.

Respectfully submitted,

SHEEHY, WARE, PAPPAS & GRUBBS, P.C.

_____
Steven O. Grubbs, Attorney-in-Charge
State Bar No. 0079668
909 Fannin, Suite 2500
Houston, Texas 77010
(713) 951-1000 Telephone
(713) 951-1199 Facsimile
sgrubbs@sheehyware.com

~and~

Dalby Fleming
State Bar No. 00793732
112 East Pecan Street, Suite 450
San Antonio, Texas 78205
(726) 800-3001 Telephone
(713) 951-1199 Facsimile
dfleming@sheehyware.com

ATTORNEYS FOR DEFENDANT
LLN TRUCKING, LLC

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the above and foregoing was served pursuant to the FEDERAL RULES OF CIVIL PROCEDURE on September 20, 2023, on all counsel of record as follows:

Ernesto Fuentes
Law Firm of Ernesto Fuentes, P.L.L.C.
Eagle Pass, Texas 78852
ernesto@efuenteslaw.com
*Attorneys for Plaintiffs*

_____
Dalby Fleming