**FILED**
September 26, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Alexa Ortega_____
DEPUTY

AO 450 (Rev. 5/99) Judgment in a Civil Case

# United States District Court
## Western District of Texas

JOSE LUIS HERRADA and JAMIE JIMENEZ,
Plaintiffs,

v.

MANSOOR NAFEA AL-NAWFALI and LLN TRUCKING, LLC,
Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: DR-23-CV-0045 AM-MHW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

IT IS THEREFORE ORDERED that the Plaintiffs' claims asserted in this suit against the Defendants are DISMISSED WITH PREJUDICE as set forth in the Stipulation and in Rule 41(a)(1)(A)(ii). IT IS FURTHER ORDERED that all pending motions, if any, be denied as moot, and all future hearing settings in this matter are vacated.

September 26, 2024                                Philip J. Devlin
Date                                              Clerk



                                                  _____
                                                  (By) Deputy Clerk